UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIBERTY LIFE ASSURANCE )
COMPANY OF BOSTON, )
    Plaintiff )
) 05-40142
v. )
) CIVIL ACTION NO.
JOHN RUBASZKO, )
    Defendant )
)

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, Plaintiff Liberty Life Assurance Company of Boston submits this corporate disclosure statement and shows the Court as follows:

1. All of the parent corporations of Liberty Life Assurance Company of Boston are:

    Liberty Mutual Holding Company Inc.
    LMHC Massachusetts Holdings Inc.
    Liberty Mutual Group Inc.
    Liberty Mutual Insurance Company
    Liberty Mutual Fire Insurance Company; and

2. No publicly held company owns 10 percent or more of the stock in Liberty Life Assurance Company of Boston.

Respectfully submitted,

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON
By its attorneys,

Guy P. Tully, Esq., BBO# 555625
**JACKSON LEWIS LLP**
75 Park Plaza, 4th Floor
Boston, MA 02116
PH: (617) 367-0025
FX: (617) 367-2155

and

Iwana Rademaekers, Esq.
(*Motion for Pro Hac Vice to be filed*)
Texas Bar No. 16452560

**JACKSON LEWIS LLP**
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219
PH: (214) 520-2400
FX: (214) 520-2008

Dated: August  17  , 2005