AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

SUMMONS IN A CIVIL ACTION

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,
        Plaintiff

V.

JOHN RUBASZKO,
        Defendant

CASE NUMBER: **05-40142 FDS**

TO: John Rubaszko
8 Old Faith Road
Shrewsbury, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Guy P. Tully
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          8/18/05

CLERK          DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | September 01, 2005 |
| NAME OF SERVER  DEREK GRUDINSKAS | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  8 OLD FAITH ROAD, SHREWSBURY , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
  Duly Authorized Agent for the within-named _____
  Said service was made at:
  _____, MASSACHUSETTS

**STATEMENT OF SERVICE FEES**

| SERVICE FEE $ | 55.00 | Trips |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 01, 2005            *Derek Grudinskas*
                  Date                        Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| ALSO SERVED: | | | $ |
| CIVIL COVER SHEET; CATEGORY FORM; AND PLAINTIFF'S ORIGINAL COMPLAINT WITH | | | $ |
| ATTACHMENTS. | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**        One Devonshire Place        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  Boston, MA 02109            Fax #           (617) 720-5737