UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>    Plaintiff,<br><br>v.<br><br>JOHN RUBASZKO,<br>    Defendant. | )<br>)<br>)<br>)<br>)   DOCKET NO.  05-40142 FDS<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance for Defendant John Rubaszko in the above matter.

/s/  Richard A. Mulhearn
Richard A. Mulhearn
BBO: 359680
Law Office of Richard A. Mulhearn, P.C.
41 Elm Street
Worcester, MA 01609
(508) 753-9999

Date: October 4, 2005.