UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

                      Plaintiff,

v.                                 Civ. No.: 05-40142 FDS

JOHN RUBASZKO,

                      Defendant.

---------------------------------------------------------------x

## ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

Counsel for Plaintiff, Guy P. Tully of the law firm Jackson Lewis LLP, hereby moves this Court for permission to have Iwana Rademaekers of the Dallas, Texas office of Jackson Lewis LLP appear *pro hac vice* in this proceeding. In support of this motion, Plaintiff submits the Certification of Iwana Rademaekers and states as follows:

1. Ms. Rademaekers is a member in good standing of the Bars of the State of Texas; the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas; the U.S. District Court for the Eastern and Western Districts of Arkansas; and the U.S. Court of Appeals for the Fourth, Fifth, Eighth and Tenth Circuits.

2. There are no disciplinary proceedings pending against Ms. Rademaekers as a member of the Bar in any jurisdiction.

3. Ms. Rademaekers is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In the event that this Court grants this motion, Ms. Rademaekers agrees that she will represent Plaintiff in conjunction with the law firm of Jackson Lewis LLP in Boston,

Massachusetts, including its attorney Guy P. Tully, who is a member in good standing of the Bar of this Court.

WHEREFORE, Plaintiff respectfully request that this Court grant this Motion for Admission *Pro Hac Vice*.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Plaintiff has assented to this motion.

Respectfully submitted,

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

By its attorneys,

/s/ Guy P. Tully
Guy P. Tully, BBO# 555625
**JACKSON LEWIS LLP**
75 Park Plaza, 4th Floor
Boston, MA 02116
PH: (617) 367-0025
FX: (617) 367-2155