UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

      Plaintiff,

  v.           Civ. No.: 05-40142 FDS

JOHN RUBASZKO,

      Defendant.
---------------------------------------------------------------x

## CERTIFICATION OF IWANA RADEMAEKERS IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

I, Iwana Rademaekers, am of counsel of the law firm of Jackson Lewis LLP, counsel for Plaintiff. My office is located at 3811 Turtle Creek Boulevard, Dallas, Texas 75219.

I am a member in good standing of the Bars of the State of Texas; the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas; the U.S. District Court for the Eastern and Western Districts of Arkansas; and the U.S. Court of Appeals for the Fourth, Fifth, Eighth and Tenth Circuits.

There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify under the pains and penalties of perjury that the foregoing statements are true and correct.

*[signature]*
Iwana Rademaekers

Dated: September 30, 2005

## CERTIFICATE OF SERVICE

  I hereby certify that on this ____th day of September, 2005, I caused a copy of the foregoing document to be served by first class mail, postage prepaid, on Plaintiff's attorney, Richard A. Mulhearn, Law Offices of Richard A. Mulhearn, P.C. 41 Elm Street, Worcester, MA 01609.


              _____
              Jackson Lewis LLP