UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>    Plaintiff,<br><br>v.<br><br>JOHN RUBASZKO,<br>    Defendant. | )<br>)<br>)<br>)<br>) DOCKET NO. 05-40142 FDS<br>)<br>)<br>) |

## CERTIFICATION OF DEFENDANT AND DEFENDANT'S COUNSEL

The undersigned hereby certify that we have conferred:

a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
John Rubaszko
Defendant-Plaintiff in Counterclaim


_____
Richard A. Mulhearn
Counsel for John Rubaszko

Dated: December 14, 2005.