UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>Plaintiff<br><br>v.<br><br>JOHN RUBASZKO,<br>Defendant | Civ. No.: 05-40142 FDS |

## JOINT STATEMENT REGARDING PRETRIAL SCHEDULE

The parties submit this Joint Statement Regarding Pretrial Schedule pursuant to Local Rule 16 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

### Proposed Pretrial Schedule and Discovery Plan

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by January 24, 2006.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after February 10, 2006.

3. **Fact Discovery - Interim Deadlines.**

   a. All requests for production of documents and interrogatories must be served by February 24, 2006.

   b. All requests for admission must be served by April 30, 2006.

   c. All depositions, other than expert depositions, must be completed by May 31, 2006.

4. **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by May 31, 2006.

5. **Status Conference.** A status conference will be held on (to be arranged by court).

6. **Expert Discovery (if required).**

   a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed R. Civ. P. 26(a)(2) must be disclosed, by July 14, 2006.

   b. Plaintiff(s)' trial experts must be deposed by July 28, 2006.

   c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by July 21, 2006.

   d. Defendant(s)' trial experts must be deposed by August 4, 2006.

7. **Dispositive Motions.**

   a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by August 31, 2006.

   b. Oppositions to dispositive motions must be filed within  30  days after service of the motion.

8. **Pretrial Conference.** A pretrial conference will be held on (to be arranged by court) .

The parties understand and agree that this discovery schedule assumes the cooperation of the parties, all third party witnesses, and expert witnesses. The parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the unavailability of fact or expert witnesses due to vacation or work schedules.

## Certifications

Plaintiff's Certification required by Local Rule 16.1(D)(3) is attached hereto. Defendant's Certification was previously filed.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>By its attorneys, | JOHN RUBASZKO<br>By his attorney, |
| /s/ Guy P. Tully<br>Guy P. Tully, Esq., BBO# 555625<br>**JACKSON LEWIS LLP**<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>PH: (617) 367-0025<br>FX: (617) 367-2155 | /s/ Richard A. Mulhearn<br>Richard A. Mulhearn, Esq., BBO # 359680<br>**LAW OFFICES OF RICHARD A. MULHEARN, P.C.**<br>41 Elm Street<br>Worcester, MA 01609<br>PH: (508) 753-9999<br>FX: (508) 753-9011 |
| *And* | ATTORNEY FOR DEFENDANT |

Iwana Rademaekers, Esq.
Texas Bar No. 16452560

**JACKSON LEWIS LLP**
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219
PH: (214) 520-2400
FX: (214) 520-2008

ATTORNEYS FOR PLAINTIFF LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2006, a copy of the foregoing was filed with the Court through the ECF system and served on Defendant's attorney, Richard A. Mulhearn, Law Offices of Richard A. Mulhearn, P.C., 41 Elm Street, Worcester, MA 01609, via electronic mail.

/s/ Guy P. Tully

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                  Plaintiff,<br><br>v.<br><br>JOHN RUBASZKO,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No.: 05-40142 FDS<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION OF PLAINTIFF AND PLAINTIFF'S COUNSEL

The undersigned Paula McGee, Litigation Manager for Plaintiff, and Iwana Rademaekers, Counsel for Plaintiff, certify that we have conferred regarding (a) a budget for the cost of conducting the full course, and alternative courses, of this litigation; and (b) the advisability of resolving this action through the use of alternative dispute resolution programs.

_____
Paula McGee
Litigation Manager for Liberty Life
Assurance Company of Boston, Plaintiff

_____
Iwana Rademaekers
Counsel for Liberty Life Assurance
Company of Boston

Dated: January ___, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of January 2006, a copy of the foregoing was filed with the Court through the ECF system and served on Defendant's attorney, Richard A. Mulhearn, Law Offices of Richard A. Mulhearn, P.C., 41 Elm Street, Worcester, MA  01609, via electronic mail.

                                                      /s/ Guy P. Tully