UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIBERTY LIFE ASSURANCE            )
COMPANY OF BOSTON,                )
      Plaintiff              )
                                 )
v.                                )    Civ. No.: 05-40142 FDS
                                 )
JOHN RUBASZKO,                    )
      Defendant              )

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Liberty Life Assurance Company of Boston ("Liberty Life") and Defendant, John Rubaszko ("Rubaszko") file this Joint Motion to Modify Scheduling Order and state:

1. On January 13, 2006, this Court issued a Scheduling Order, which gave the parties until August 31, 2006 to file dispositive motions, with oppositions to dispositive motions being due 30 days after service of the motion. This matter is currently set for Pretrial Conference on November 29, 2006.

2. On June 19, 2006, Rubaszko filed a Motion to Compel Discovery relating to Interrogatories and Requests for Production propounded by Rubaszko to Liberty Life pertaining to Liberty Life's actuarial basis and underwriting principles concerning the differences in the treatment of physical and mental disabilities under the terms of the relevant plan documents. Liberty Life timely filed its opposition the Motion to Compel Discovery on June 29, 2006. On July 31, 2006, this Court referred the Motion to Compel Discovery to Magistrate Judge Timothy S. Hillman, who issued a Memorandum and Order granting Rubaszko's Motion to Compel

Discovery on August 22, 2006.  This Memorandum and Order was issued only nine days prior to the current dispositive motion deadline of August 31, 2006.

3.  Both parties anticipate filing dispositive motions with the Court and believe that the rulings on these motions will fully resolve all issues in dispute in this litigation without the necessity of a trial.  However, the parties request that the Court postpone the dispositive motion deadline until October 19, 2006 to give the parties adequate time to deal with the issues raised in the Memorandum and Order and completely address these issues in their respective dispositive motions.

4.  Therefore the parties request that the Court enter an order modifying the Scheduling Order and canceling the Pretrial Conference scheduled for November 29, 2006 at 3:00 p.m., which can be reset by the Court in the unlikely event that the dispositive motions do not entirely resolve this litigation.  These modifications requested by the parties are not for the purposes of delay, but so that justice may be done and the litigation resolved in the most efficient manner.

## **PRAYER**

For the foregoing reasons, Liberty Life and Rubaszko request that this Joint Motion to Modify Scheduling Order be granted.

Respectfully submitted,

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON
By its attorneys,

JOHN RUBASZKO
By his attorney,

_____ /s/ Guy P. Tully _____
Guy P. Tully, Esq., BBO# 555625
**JACKSON LEWIS LLP**
75 Park Plaza, 4th Floor
Boston, MA 02116
PH:  (617) 367-0025
FX:  (617) 367-2155

_____ /s/ Richard A. Mulhearn _____
Richard A. Mulhearn, Esq., BBO # 359680
**LAW OFFICES OF RICHARD A. MULHEARN, P.C.**
41 Elm Street
Worcester, MA   01609
PH:  (508) 753-9999
FX:  (508) 753-9011

*And*

Iwana Rademaekers, Esq.
Texas Bar No. 16452560

**JACKSON LEWIS LLP**
3811 Turtle Creek Blvd., Suite 500
Dallas, TX  75219
PH:  (214) 520-2400
FX:  (214) 520-2008

ATTORNEY FOR DEFENDANT

ATTORNEYS FOR PLAINTIFF LIBERTY
LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Richard A. Mulhearn
Law Offices of Richard A. Mulhearn, P.C.
41 Elm Street
Worcester, MA   01609.

___8/24/06___
Date

___ /s/ Guy P. Tully _____