UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>    Plaintiff<br><br>v.<br><br>JOHN RUBASZKO,<br>    Defendant | Civ. No.: 05-40142 FDS |

### PLAINTIFF'S OBJECTIONS TO AND REQUEST TO VACATE MEMORANDUM AND ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. 72, Plaintiff Liberty Life Assurance Company of Boston ("Liberty Life") objects to the Memorandum and Order Granting Defendant's Motion to Compel Discovery issued by Magistrate Judge Timothy S. Hillman on August 22, 2006. Liberty Life requests that the Court enter an Order vacating the August 22, 2006 Memorandum and Order and denying the Motion to Compel Discovery filed by Defendant John Rubaszko ("Defendant") because the Memorandum and Order is clearly erroneous and contrary to law in that the discovery sought by Defendant is not reasonably calculated to lead to the discovery of admissible evidence in the above-styled action.

The specific grounds for Plaintiff's objections and request to vacate are set forth more fully in the accompanying memorandum of law.

### Certification Pursuant To Local Rule 7.1(A)(2)

The undersigned Counsel for Plaintiff hereby certifies that she conferred with Defendant's counsel on August 29, 2006, in an effort to resolve or narrow the issues

encompassed by this Motion. Despite the parties' good faith efforts, the issues were not resolved or narrowed.

WHEREFORE, Plaintiff Liberty Life Assurance Company of Boston respectfully requests that the Court enter an Order vacating the August 22, 2006 Memorandum and Order of Magistrate Judge Timothy Hillman and denying the Motion to Compel Discovery filed by Defendant John Rubaszko.

Respectfully submitted,

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON
By its attorneys,

 /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
*Admitted Pro Hac Vice*
Texas Bar No. 16452560
**JACKSON LEWIS LLP**
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219
PH: (214) 520-2400
FX: (214) 520-2008

*and*

Guy P. Tully, Esq., BBO# 555625
**JACKSON LEWIS LLP**
75 Park Plaza, 4th Floor
Boston, MA 02116
PH: (617) 367-0025
FX: (617) 367-2155

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court, and thereby served on counsel for Defendant via the ECF system.

Date: August 29, 2006

 /s/ Guy P. Tully
ONE OF COUNSEL