UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>      Plaintiff<br><br>v.<br><br>JOHN RUBASZKO,<br>      Defendant | Civ. No.: 05-40142 FDS |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Liberty Life Assurance Company of Boston ("Liberty Life") and Defendant, John Rubaszko ("Rubaszko") file this Joint Motion to Modify Scheduling Order and state:

1. On January 13, 2006, this Court issued its Scheduling Order in the above-styled action, which was modified by Order dated August 24, 2006 to postpone the dispositive motion deadline until October 19, 2006.

2. On June 19, 2006, Rubaszko filed a Motion to Compel Discovery relating to Interrogatories and Requests for Production propounded by Rubaszko to Liberty Life pertaining to Liberty Life's actuarial basis and underwriting principles concerning the differences in the treatment of physical and mental disabilities under the terms of the relevant plan documents. Liberty Life timely filed its opposition the Motion to Compel Discovery on June 29, 2006. On July 31, 2006, this Court referred the Motion to Compel Discovery to Magistrate Judge Timothy S. Hillman, who issued a Memorandum and Order granting Rubaszko's Motion to Compel Discovery on August 22, 2006. On August 29, 2006, Liberty Life timely filed with this Court its Objections to and Request to Vacate Memorandum and Order Granting Defendant's Motion to

Compel Discovery, with supporting Memorandum. The Court has not ruled on Liberty Life's Objections and Request to Vacate.

3. The current dispositive motion deadline is October 19, 2006. Both parties anticipate filing dispositive motions with the Court and believe that the rulings on these motions will fully resolve all issues in dispute in this litigation without the necessity of a trial. However, central to the parties' dispositive motions in this action is the issue before the Court in Liberty Life's Objections and Request to Vacate, upon which no ruling has been made by the Court. Therefore, the parties request that the Court cancel the October 19, 2006 dispositive motion deadline and reset the deadline after the Court's ruling on the Objections and Request to Vacate.

4. Therefore the parties request that the Court enter an order modifying the Scheduling Order and its August 24, 2006, Order, and cancel the October 19, 2006 dispositive motion deadline, to be reset by the Court after the Court's ruling on the Liberty Life's Objections and Request to Vacate. These modifications requested by the parties are not for the purposes of delay, but so that justice may be done and the litigation resolved in the most efficient manner.

**PRAYER**

For the foregoing reasons, Liberty Life and Rubaszko request that this Joint Motion to Modify Scheduling Order be granted.

                                         Respectfully submitted,

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>By its attorneys, | JOHN RUBASZKO<br>By his attorney, |
| /s/ Guy P. Tully<br>Guy P. Tully, Esq., BBO# 555625<br>**JACKSON LEWIS LLP**<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>PH: (617) 367-0025<br>FX: (617) 367-2155 | /s/ Richard A. Mulhearn/by GPT<br>Richard A. Mulhearn, Esq., BBO # 359680<br>**LAW OFFICES OF RICHARD A. MULHEARN, P.C.**<br>41 Elm Street<br>Worcester, MA 01609<br>PH: (508) 753-9999<br>FX: (508) 753-9011 |

*And*

Iwana Rademaekers, Esq.
Texas Bar No. 16452560

**JACKSON LEWIS LLP**
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219
PH: (214) 520-2400
FX: (214) 520-2008

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

        Richard A. Mulhearn
        Law Offices of Richard A. Mulhearn, P.C.
        41 Elm Street
        Worcester, MA 01609.

| | |
|---|---|
| October 11, 2006<br>Date | /s/ Guy P. Tully<br>ONE OF COUNSEL |