UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>    Plaintiff<br><br>v.<br><br>JOHN RUBASZKO,<br>    Defendant | Civ. No.: 05-40142 FDS |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff, Liberty Life Assurance Company of Boston, and Defendant, John Rubaszko, file this Joint Motion for Protective Order and show the Court as follows:

1.    Due to the confidential and sensitive nature of certain documents that may be subject to discovery in the above-styled case, the parties request that the Court enter a protective order pursuant to Fed. R. Civ. P. 26(c).

2.    As evidenced by their counsel's signatures to this Motion and the proposed Protective Order, all parties request entry of a protective order in this action.

WHEREFORE, Plaintiff and Defendant request the Court enter a protective order in accordance with Fed. R. Civ. P. 26(c).

|  |  |
|---|---|
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON<br>By its attorneys, | Respectfully submitted,<br><br>JOHN RUBASZKO<br>By his attorney, |

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON
By its attorneys,

Respectfully submitted,

JOHN RUBASZKO
By his attorney,

\_\_\_\_\_/s/ Guy P. Tully_____
Guy P. Tully, Esq., BBO# 555625
**JACKSON LEWIS LLP**
75 Park Plaza, 4th Floor
Boston, MA 02116
PH: (617) 367-0025
FX: (617) 367-2155

\_\_\_\_\_/s/ Richard A. Mulhearn/ by gpt\_\_\_\_
Richard A. Mulhearn, Esq., BBO # 359680
**LAW OFFICES OF RICHARD A. MULHEARN, P.C.**
41 Elm Street
Worcester, MA  01609
PH: (508) 753-9999
FX: (508) 753-9011

*And*

ATTORNEY FOR DEFENDANT

Iwana Rademaekers, Esq.
Texas Bar No. 16452560

**JACKSON LEWIS LLP**
3811 Turtle Creek Blvd., Suite 500
Dallas, TX  75219
PH: (214) 520-2400
FX: (214) 520-2008

ATTORNEYS FOR PLAINTIFF LIBERTY
LIFE ASSURANCE COMPANY OF BOSTON