UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, <br>          Plaintiff <br><br> v. <br><br> JOHN RUBASZKO, <br>          Defendant | Civ. No.: 05-40142 FDS |

### ASSENTED-TO MOTION TO EXTEND BY SEVEN (7) DAYS THE DATE BY WHICH PLAINTIFF MUST SERVE ITS RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO CONDUCT FURTHER DISCOVERY AND FOR AMENDMENT OF SCHEDULING ORDER

Plaintiff, Liberty Life Assurance Company of Boston ("Liberty Life") moves, with Defendant's assent, to extend by seven (7) days, the date by which it must serve its response to Defendant's Motion For Leave To Conduct Further Discovery And For Amendment Of Scheduling Order, to and including January 12, 2007. As grounds for its Motion, Plaintiff states that Plaintiff's lead counsel has recently experienced a death in her immediate family, which currently precludes her from responding to Defendant's motion. That response currently is due to be served on or before January 5, 2007. The additional time is needed to permit lead counsel to formulate a response to the motion.

### Certification of Compliance With Local Rule 7.1(a)(2)

Co-counsel for Plaintiff certifies that he contacted Defendant's counsel to seek his assent to this motion. As set forth below, Defendant's counsel assents to this motion. Due to the nature of this motion, a supporting memorandum of law is not necessary.

WHEREFORE, Plaintiff moves, with the assent of Defendant's counsel, to extend by seven (7) days - to and including January 12, 2007 - the date by which it must serve its response to Defendant's Motion For Leave To Conduct Further Discovery And For Amendment Of Scheduling Order.

Respectfully submitted,

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

/s/ Guy P. Tully
Guy P. Tully, Esq., BBO# 555625
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
617-367-0025
617-367-2155 (fax)

Iwana Rademaekers, Esq.
Texas Bar No. 16452560
JACKSON LEWIS LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219
(214) 520-2400
(214) 520-2008 (Fax)

ASSENTED-TO:

JOHN RUBASZKO
By his Attorney,

/s/ Richard A. Mulhearn/ by GPT
Richard A. Mulhearn, Esq. BBO #359680
LAW OFFICES OF RICHARD A. MULHEARN, P.C.
41 Elm Street
Worcester, MA 01609
(508) 753-9999
(508) 753-9011 (fax)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Massachusetts and counsel of record, using the electronic case filing system of the court on January 3, 2007.

/s/ Guy P. Tully

2