UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>　　　Plaintiff<br><br>v.<br><br>JOHN RUBASZKO,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)  Civ. No.: 05-40142 FDS<br>)<br>)<br>)<br>) |

### PLAINTIFF'S ASSENTED TO MOTION TO IMPOUND CONFIDENTIAL DOCUMENTS

Pursuant to Local Rule 7.2, Plaintiff Liberty Life Assurance Company of Boston ("Liberty Life") moves the court to impound certain confidential Liberty Life documents, which Liberty Life intends to reference and attach to its papers in opposition to Defendant's Motion To For Leave To Conduct Further Discovery And For Amendment Of Scheduling Order. Specifically, Liberty Life seeks to withhold from public inspection Plaintiff's Second Supplemental Answers to Defendant's First Set of Interrogatories to Plaintiff served on December 8, 2006 (designated as Exhibit "B" to Liberty Life's Response to Defendant's Motion for Leave to Conduct Further Discovery) and Documents Bates-Labeled 00686 through 00695 (designated as Exhibit "C" to Liberty Life's Response to Defendant's Motion for Leave to Conduct Further Discovery) (collectively the "Confidential Documents"). Liberty Life produced the Confidential Documents to Defendant subject to the Agreed Protective Order entered by the Court on December 1, 2006. The Confidential Documents are being submitted to the Court in a manila envelope in a regular filing with the Court.

　　　1.　　Liberty Life considers the Confidential Documents to be confidential, business information. Liberty Life requests that the Court enter an Order that the Confidential Material

shall be impounded and filed under seal pursuant to Local Rule 7.2, and this Motion and the Court's Order shall be attached to the front of the envelope in which the sealed documents are filed, along with a label "CONFIDENTIAL- UNDER SEAL".

2.  Due to the confidential nature of the Confidential Documents, Liberty Life requests that the Court's Order on this Motion survive the final termination of this action and the Confidential Documents shall remain impounded until further Order by the Court. Within thirty (30) days after termination of this action (whether by judgment, settlement or otherwise), Liberty Life shall retrieve from the Clerk of the Court the Confidential Material filed under seal.

Dated this 12th day of January 2007.

Respectfully submitted,

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON
By its attorneys,

 /s/ Guy P. Tully
Guy P. Tully, Esq., BBO# 555625
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
PH: (617) 367-0025
FX: (617) 367-2155

*and*

Iwana Rademaekers, Esq.
*Admitted Pro Hac Vice*
Texas Bar No. 16452560
JACKSON LEWIS LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219
PH: (214) 520-2400
FX: (214) 520-2008

ATTORNEYS FOR PLAINTIFF LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

ASSENTED TO:

JOHN RUBASZKO
By his attorney,


 /s/ Richard A. Mulhearn
Richard A. Mulhearn, Esq., BBO # 359680
**LAW OFFICES OF RICHARD A. MULHEARN, P.C.**
41 Elm Street
Worcester, MA  01609
PH:  (508) 753-9999
FX:  (508) 753-9011

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>    Plaintiff<br><br>v.<br><br>JOHN RUBASZKO,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)   Civ. No.: 05-40142 FDS<br>)<br>)<br>)<br>) |

## ORDER TO IMPOUND CONFIDENTIAL DOCUMENTS

On this day, came on to be considered the Assented to Motion to Impound Confidential Documents filed by Plaintiff Liberty Life Assurance Company of Boston ("Liberty Life"). Upon considering the Motion and finding that there is good cause for the documents to be impounded and that the Motion is assented to by Defendant John Rubaszko, the Court orders that the Motion be granted. It is therefore,

ORDERED that Plaintiff's Second Supplemental Answers to Defendant's First Set of Interrogatories to Plaintiff served on December 8, 2006 (designated as Exhibit "B" to Liberty Life's Response to Defendant's Motion for Leave to Conduct Further Discovery) and documents Bates-Labeled 00686 through 00695 (designated as Exhibit "C" to Liberty Life's Response to Motion for Leave to Conduct Further Discovery) (collectively the "Confidential Documents") are hereby withheld from public inspection, impounded and filed under seal pursuant to Local Rule 7.2. It is further

ORDERED that due to the confidential nature of the Confidential Documents, this Order thereon shall survive the final termination of this action and the Confidential Documents shall remain impounded until further Order by the Court.  Within thirty (30) days after

termination of this action (whether by judgment, settlement or otherwise), Plaintiff shall retrieve from the Clerk of the Court the Confidential Documents filed under seal. If the Confidential Documents are not retrieved within thirty (30) days, they will be removed from seal and placed in the public docket in the above-styled action.

SIGNED this ____ day of _____, 2007.

_____
HONORABLE F. DENNIS SAYLOR, IV