UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>    Plaintiff<br><br>v.<br><br>JOHN RUBASZKO,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  Civ. No.: 05-40142 FDS<br>)<br>)<br>)<br>) |

## JOINT MOTION REGARDING SUBMISSION OF CASE TO COURT ON STIPULATED RECORD AND BRIEFING SCHEDULE

Plaintiff, Liberty Life Assurance Company of Boston, and Defendant, John Rubaszko, file this Joint Motion Regarding Submission of Case to Court on Stipulated Record and Briefing Schedule:

1. The above-styled action is a claim by Plaintiff for reimbursement of plan benefits and also contains a counterclaim by Defendant for recovery of disability benefits. Plaintiff and Defendant agree the parties' claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA"). As such, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing. To facilitate the submission of the case to the Court, the parties request that the Court enter an Order setting certain deadlines for the submission of the stipulated record and the filing of briefs.

2. Plaintiff and Defendant have agreed to jointly file a stipulated record in the above-styled action on or before June 29, 2007, and to file trial briefs on or before July 31, 2007, and response briefs on or before August 31, 2007. Moreover, the parties request that the Court

enter an Order adopting the submission and briefing schedule.

Dated this 14th day of May, 2007.

Respectfully submitted,

| | |
|---|---|
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON<br>By its attorneys, | JOHN RUBASZKO<br>By his attorney, |

/s/ Guy P. Tully
Guy P. Tully, Esq., BBO# 555625
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
PH: (617) 367-0025
FX: (617) 367-2155

/s/ Richard A. Mulhearn /By GPT
Richard A. Mulhearn, Esq., BBO # 359680
LAW OFFICES OF RICHARD A. MULHEARN, P.C.
41 Elm Street
Worcester, MA  01609
PH: (508) 753-9999
FX: (508) 753-9011

ATTORNEY FOR DEFENDANT
JOHN RUBASZKO

*And*

Iwana Rademaekers, Esq.
Texas Bar No. 16452560

JACKSON LEWIS LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, TX  75219
PH: (214) 520-2400
FX: (214) 520-2008

ATTORNEYS FOR PLAINTIFF LIBERTY
LIFE ASSURANCE COMPANY OF BOSTON

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2007, a copy of the foregoing document was served upon the Parties of record through the Court's ECF System.

/s/ Guy P. Tully
Jackson Lewis LLP