UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>　　　Plaintiff<br><br>v.<br><br>JOHN RUBASZKO,<br>　　　Defendant | Civ. No.: 05-40142 FDS |

## SETTLEMENT STIPULATION AND ORDER

1.　Defendant John Rubaszko agrees and promises to pay to Liberty Life the principal sum of Thirty-five Thousand Dollars ($35,000.00), payable without interest in monthly installments of One Hundred Dollars ($100.00) to be made on the first day of each month until the principal sum of Thirty-five Thousand Dollars ($35,000.00) has been paid in full.

2.　The first such installment shall be due on October 1, 2007 or on the first day of the month following the approval of this Settlement Stipulation and Order, whichever is later.

3.　Rubaszko agrees to timely make all payments required under paragraphs 1 and 2 above. "Timely" shall mean that such payments shall be received by Liberty Life no later than thirty (30) days after the date the payment is due.

4.　Rubaszko may, at any time, make additional payments toward the principal sum, which shall be applied to and credited against future monthly installments next due and payable.

5.　Defendant John Rubaszko recovers nothing on his counterclaim in this action, and such counterclaim is hereby dismissed.

6.　If Rubaszko timely makes all payments required under paragraphs 1 and 2 above, he will have satisfied all obligations under this Settlement Stipulation and Order.

7.      In the event Rubaszko fails to timely make all payments required herein, he agrees to pay to Liberty Life without interest the sum of Seventy-Three Thousand Seven Hundred, Sixty-Seven and 78/100 Dollars ($73,767.78), the full amount sought by Liberty Life in its Complaint, less any payments or monthly installments previously made by Rubaszko timely pursuant to paragraphs 1 and 2 above.  Furthermore, Liberty Life shall immediately be entitled to judgment and shall have the right to move for the entry of judgment in the above-styled action in the amount of Seventy-Three Thousand Seven Hundred, Sixty-Seven and 78/100 Dollars ($73,767.78).  Rubaszko's only defenses to the entry of the judgment shall be (a) that he has timely made all payments pursuant to paragraphs 1 and 2 above; and (b) that he is entitled to an offset for all payments that he made under paragraphs 1 and 2 above.  Rubaszko waives all other defenses to any motion filed by Liberty Life for entry of judgment under the provisions of this paragraph.  Upon Liberty Life's filing of a motion for entry of judgment under the provisions of this paragraph, Rubaszko will not have any right to "cure" untimely payments and will not oppose or defend the entry of the judgment against him, with the sole exception of providing evidence of offsets, as described herein.

8.      While this Settlement Stipulation and Order, if approved by the Court, is intended to dispose of all outstanding claims and defenses in this action, Liberty Life has the right to seek enforcement of this Settlement Stipulation and Order by moving for entry of judgment, along with entry of such judgment, pursuant to paragraph 7 above in the event Rubaszko fails to timely make all payments pursuant to paragraphs 1 and 2 above.  Liberty Life may seek enforcement by making appropriate motions in this action and without the need to file a separate action.

Dated this 16th day of October, 2007.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

JACKSON LEWIS LLP
3811 Turtle Creek Boulevard, Suite 500
Dallas, Texas 75219-4497
PH: (214) 520-2400
FX: (214) 520-2008

ATTORNEYS FOR PLAINTIFF

- and -

By: /s/ Richard A. Mulhearn
Richard A. Mulhearn, Esq.
BBO # 359680

LAW OFFICE OF RICHARD A. MULHEARN, P.C.
41 Elm Street
Worcester, MA   01609
PH: (508) 753-9999
FX: (508) 753-9011

ATTORNEY FOR DEFENDANT

APPROVED and ORDERED this ____ day of _____, 2007.

_____
HONORABLE F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE